IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN WHEY PROTEIN,

    Plaintiff,

v.

BRIAN RUBINO,
MELISSA RUBINO, and
ULTIMATE NUTRITION,

    Defendants.

ORDER REFERRING CASE
Case No.: 19-cv-770

---

The parties in this case having stipulated their consent to jurisdiction by a United States Magistrate Judge,

IT IS ORDERED that this case be referred to Stephen L. Crocker, United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed. R. Civ .P. 73.

Entered this 3rd day of December, 2019.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge